In light of these circumstances, remand is appropriate.

Jurisdiction relinquished.

### INDIANA AREA SCHOOL DISTRICT, Appellant

v.

### INDIANA AREA EDUCATION ASSOCIATION, Appellee.

Supreme Court of Pennsylvania.

Argued March 5, 2008.

Decided Oct. 21, 2008.

Leslie Dawn Kitsko, William C. Andrews, Andrews & Price, Pittsburgh, for Indiana Area School Dist., appellant.

Robert J. Abraham, Pittsburgh, William K. Eckel, Johnstown, for Indiana Area Educ. Ass'n, appellee.

Lynne Lepore Wilson, PA State Educ. Ass'n (PSEA), Harrisburg, for Pennsylvania State Educ., appellee amicus curiae.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**